**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **ARNE D. SVOBODA,** | ) | **CASE NO. 4:06CV3020** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| **JO ANNE B. BARNHART,** | ) | |
| **Commissioner, Social Security** | ) | |
| **Administration,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Plaintiff's unopposed motion for an extension of time to file a brief (Filing No. 21).

The Plaintiff has previously been allowed four extensions of time to submit a brief. The instant motion was untimely filed and fails to state "good cause" for the requested continuance. The Plaintiff will receive no further extensions of time for any reason.

IT IS ORDERED:

1. The Plaintiff's motion for an extension of time to file a brief (Filing No. 21) is granted; and

2. The Plaintiff's brief must be filed on or before September 7, 2006.

DATED this 30th day of August, 2006.

BY THE COURT:

S/ Laurie Smith Camp
United States District Judge