IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ARNE D. SVOBODA,** | ) | **CASE NO. 4:06CV3020** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| **JO ANNE B. BARNHART,** | ) | |
| **Commissioner, Social Security** | ) | |
| **Administration,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's unopposed motion for an extension of time to file a brief (Filing No. 24).

IT IS ORDERED:

1. The Defendant's motion for an extension of time to file a brief (Filing No. 24) is granted; and

2. The Plaintiff's brief must be filed on or before November 6, 2006.

DATED this 6th day of October, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge